**No. 09-1272. Kentucky, Petitioner v. Hollis Deshaun King.**

561 U.S. 1057, 131 S. Ct. 61, 177 L. Ed. 2d 1150, 2010 U.S. LEXIS 5758.

September 28, 2010. Motion of respondent for leave to proceed in forma paup-

eris granted. Petition for writ of certiorari to the Supreme Court of Kentucky granted limited to Question 1 presented by the petition.

Same case below, 302 S.W.3d 649.